OLENICK, Appellant, v. HABER et al., R spondents. (Supreme Court, Appellate Teri February 27, 1906.) Appeal from Municip Court, Borough of Manhattan, Ninth Distri( Action by Alfred Olenick against Morrsi Hab and others. From a judgment for defendant plaintiff appeals. Reversed. Schleimer Schleimer (Max Schleimer, of counsel), for a pellant. Henry J. Block, for respondents.

PER CURIAM. There seems to have bec sufficient testimony introduced without obje

ion, tending to show that the gas ranges, the subject of this action, were the property of the Northern Union Gas Company at the time they were agreed to be conveyed to the plaintiff by the defendants, which agreement was afterwards consummated. Upon the question of merger of the contract made between the parties in the subsequent warranty deed given by the defendant, this court, in the case of Wynne v. Friedman (Dec. Term) 96 N. Y. Supp. 838, held upon a similar state of facts that no merger took place, and a judgment for the value of the ranges was affirmed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.